"Filing by FAX"

# Edwards County and District Clerk
P.O. Box 184/101 E. Main Street
Rocksprings, Texas 78880
830.683.2235 Office
830.683.5376 Fax

Olga Lydia Reyes, County and District Clerk
Sabrina Montoya, Chief Deputy Clerk
Cristina Coke, Deputy Clerk



Date: January 29, 2015

To: Fourth Court of Appeals Number

From: Olga Lydia Reyes

Fax Number: (210) 335-2762

Number of Pages Including Cover Page: 4

Re: Appellate Court Number 04-15-00007-CV

Please find "Notification of Late Clerk's Record" and copy of correspondence to Lloyd Muennink sent via Facsimile.

Please call this office if you have any questions.

Thank you!
Olga Lydia Reyes



# Olga Lydia Reyes
COUNTY AND DISTRICT CLERK
101 EAST MAIN STREET
P.O. BOX 184
ROCKSPRINGS, TEXAS 78880-0184
830-683-2235 office / 830-683-5376 fax



January 29, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037



> Re:    **Fourth Court of Appeals Number: 04-15-00007-CV**
> **Trial Court Case Number:  3725**
> **Style:  Clevan Myers**
>              **v.**
> **Newfield Exploration Company**

## NOTIFICATION OF LATE CLERK'S RECORD

TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:

Although a notice of appeal has been filed with the Fourth Court Of Appeals and a Clerk's record is due in the above-referenced and –numbered cause, the Clerk's record has not been filed in this case. As the trial court clerk, I have not yet received payment for the preparation of a Clerk's record from appellant. Upon receipt of same, a Clerk's record will be prepared and filed. I attaching correspondence mailed to Mr. Lloyd Muennink, attorney for Clevan Myers, with this notification, indicating same. I am requesting an extension of time in which to file the Clerk's record in this case.

Respectfully submitted,

Olga Lydia Reyes
Edwards County and District Clerk
P.O. Box 184
Rocksprings, Texas 78880
Phone: 830-683-2235
Fax:  830-683-5376

xc:    Lloyd Muennink, via facsimile transmission to 512-478-6626
       James M. Truss, via facsimile transmission to 210-554-5500
       Garry A. Merritt, via facsimile transmission to 830-232-4129





Olga Lydia Reyes

COUNTY AND DISTRICT CLERK
101 EAST MAIN STREET
P.O. BOX 184
ROCKSPRINGS, TEXAS 78880-0184
830-683-2235 office    830-683-5376 fax



January 28, 2015

VIA FACSIMILE TRANSMISSION TO 512-478-6626
Mr. Lloyd A. Muennink
Attorney at Law
221 E. 9th Street, Suite 203
Austin, Texas 78701

      Re: Cause No. 3725; *Clevan Myers v. Newfield Exploration Company*; In the 452nd Judicial District Court of Edwards County, Texas

Dear Mr. Muennink:

      The purpose of this letter is to address the following matters regarding your request for the preparation of the Clerk's Records for purposes of your appeal of the above-referenced and – numbered case to the Fourth Court of Appeals.

      It has come to our attention that the following issues have arisen:

      **Letter to Court Reporter Requesting Reporter's Record.** We could not locate this document in the Court's file. Please send us a copy of this letter so that we can include it in your record.

      **Payment of Clerk's Record.** The total cost of the preparation of the certified Clerk's Record in this case will be **$353.00**. Upon receipt of this sum, the Clerk's Record will be prepared and submitted to the Fourth Court of Appeals.

      Should you have any questions, please do not hesitate to contact our office at your earliest convenience.

                Cordially,

                Olga Lydia Reyes
                County and District Clerk

xc:    Fourth Court of Appeals

## Transmission Report

| Date/Time | 01-28-2015 | 11:15:06 a.m. | Transmit Header Text | |
|-----------|------------|---------------|----------------------|--|
| Local ID 1 | 8306835376 | | Local Name 1 | EdwardsCountyDistrictClerk |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"

 *Olga Lydia Reyes*



January 28, 2015

VIA FACSIMILE TRANSMISSION TO 512-478-6626
Mr. Lloyd A. Muennink
Attorney at Law
221 E 9th Street, Suite 203
Austin, Texas 78701

 Re: Cause No. 3725, *Clevan Myers v. Newfield Exploration Company*; In the 452nd Judicial District Court of Edwards County, Texas

Dear Mr. Muennink:

 The purpose of this letter is to address the following matters regarding your request for the preparation of the Clerk's Records for purposes of your appeal of the above-referenced and numbered case to the Fourth Court of Appeals

 It has come to our attention that the following issues have arisen:

 **Letter to Court Reporter Requesting Reporter's Record.** We could not locate this document in the Court's file. Please send us a copy of this letter so that we can include it in your record.

 **Payment of Clerk's Record.** The total cost of the preparation of the certified Clerk's Record in this case will be **$353.00** Upon receipt of this sum, the Clerk's Record will be prepared and submitted to the Fourth Court of Appeals.

 Should you have any questions, please do not hesitate to contact our office at your earliest convenience.

Cordially,

Olga Lydia Reyes
County and District Clerk

xc. Fourth Court of Appeals

---

Total Pages Scanned . 1  Total Pages Confirmed : 1

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|-----|-----|----------------|------------|----------|-------|------|------|----------|---------|
| 001 | 669 | 15124786626 | 11:13:59 a.m. 01-28-2015 | 00:00:38 | 1/1 | 1 | EC | HS | CP14400 |

Abbreviations:

| | | | | |
|--|--|--|--|--|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |